UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,                                         APPELLEE

v.          Record No. 15-4518

DEWAYNE RESHARD ROBINSON                                          APPELLANT

<u>APPELLANT ROBINSON'S DESIGNATION OF THE APPENDIX</u>

NOW COMES Dewayne Reshard Robinson, by Counsel, and hereby designates the following as the necessary contents for the Joint Appendix.

1. All of the necessary transcripts needed for purposes of the Appeal have been Ordered and have now been filed;

2. The relevant portions of the District Court file for appeal purposes would include the District Court Docket Sheet and the following Docket Entries:

| Doc # | Description |
|---|---|
| 2 | Indictment |
| 40 | Superseding Indictment |
| 51 | Motion to Dismiss |
| 56 | Amended Motion to Dismiss |
| 67 | Order Denying Motion to Dismiss & Amended Motion to Dismiss |
| 116 | Motion for Judgment of Acquittal |
| 117 | Motion for Variance |
| 135 | Order Denying Motion for Variance |
| 136 | Final Judgment Order of the Court |
| 140 | Notice of Appeal |

| | |
|---|---|
| 153 | Transcript of Proceedings: Jury Trial: Volume 1 |
| 154 | Transcript of Proceedings: Jury Trial: Volume 2 |
| 151 | Transcript of Sentencing Hearing on August 21, 2015 |

3. The issues on the appeal will be: (A) Did the District Court err in failing to grant Robinson's Motion to Dismiss and Amended Motion to Dismiss; (B) Did the District Court err in failing to grant Robinson's Motion for Acquittal; (C) Did the District Court err in failing to grant Robinson's Motion for Variance.

DEWAYNE RESHARD ROBINSON<br>
BY COUNSEL

/s/ TIMOTHY W. McAFEE
Timothy W. McAfee, PLLC
The McAfee Law Firm
VSB: #21779
408 Wood Avenue
P.O. Box 610
Big Stone Gap, VA 24219
Telephone: (276) 523-5300
Fax: (540) 301-5777
Counsel For **Dewayne Reshard Robinson**
E-Mail: tmcafee@timothymcafee.com
DESIGNATED LEAD COUNSEL

## CERTIFICATE OF SERVICE

I, Timothy W. McAfee, do hereby certify that on **March 31, 2016** I have **electronically filed** the **Appellant Robinson's Designation of the Joint Appendix** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ TIMOTHY W. McAFEE
Timothy W. McAfee, PLLC
The McAfee Law Firm
VSB: #21779
408 Wood Avenue
P.O. Box 610
Big Stone Gap, VA 24219
Telephone: (276) 523-5300
Fax: (540) 301-5777
Counsel For **Dewayne Reshard Robinson**
E-Mail: tmcafee@timothymcafee.com