FILED: April 27, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4518
(2:14-cr-00006-JPJ-PMS-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DEWAYNE RESHARD ROBINSON

      Defendant - Appellant

_____

O R D E R
_____

The court suspends the briefing schedule pending further order of the court.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk